### 999 PEACHTREE PLAZA, L.P., Plaintiff–Appellee,

v.

**ORIX CAPITAL MARKETS, LLC, as the Master and Special Servicer for Wells Fargo Bank Minnesota, NA (f/k/a Norwest Bank Minnesota, NA), Trustee for the Registered Holders of First Union–Lehman Brothers–Bank of America Commercial Mortgage Trust, Defendant–Appellant.**

Nos. 06–12566, 06–13714.

United States Court of Appeals, Eleventh Circuit.

April 30, 2007.

Stephen E. Hudson, Kilpatrick Stockton LLP, Atlanta, GA, for Defendant–Appellant.

Before DUBINA and BLACK, Circuit Judges, and LIMBAUGH,* District Judge.

PER CURIAM:

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we conclude that the district court properly found that Orix Capital Markets, LLC's acceptance of 999 Peachtree Plaza, L.P.'s cure terminated Orix Capital's right to seek default interest on the original default as well as the alleged second default. Additionally, we conclude the district court did not abuse its discretion in declining to award attorney's fees and costs to Orix Capital. Accordingly, we affirm the district court's entry of partial summary judgment in favor of Peachtree Plaza and affirm the district court's order denying Orix Capital's post-judgment motion for attorney's fees.

**AFFIRMED.**